NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRELESS MEDIA INNOVATIONS, LLC,**
*Plaintiff - Appellant*

v.

**MAHER TERMINALS, LLC, GLOBAL TERMINAL & CONTAINER SERVICES, LLC,**
*Defendants - Appellees*

---

15-1634

---

Appeal from the United States District Court for the District of New Jersey in No. 2:14-cv-07004-JLL-JAD, Judge Jose L. Linares.

---

ON MOTION

O R D E R

Upon consideration of appellees Maher Terminals, LLC and Global Terminal & Container Services, LLC's unopposed motion to extend time to file the appellees' principal brief until September 14, 2015,

IT IS ORDERED THAT:

The motion is granted.

　　　　　　　　　　　　　　　　FOR THE COURT

August 25, 2015　　　　　　　/s/ Daniel E. O'Toole
　　　　　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　　　Clerk of Court